# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-1639

———————————————

SHAWN LOWRY,

   Petitioner,

v.

JOHN POLISKNOWSKI as the
hospital administrator of Florida
State Hospital and SHEVAUN
HARRIS, as Secretary of the
Department of Children and
Families,

   Respondents.

———————————————


Petition for Writ of Mandamus—Original Jurisdiction.


March 6, 2024


PER CURIAM.

   The Court dismisses the petition for writ of mandamus as moot. *See Farrior v. State*, 343 So. 3d 159, 160 (Fla. 1st DCA 2022) (dismissing the petition for writ of mandamus as moot where the trial court had given the petitioner a ruling on the pending pleading below).

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Shawn Lowry, pro se, Petitioner.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Bureau
Chief, Tallahassee, for Respondents.